UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SYLVIA ANDERSON, an individual, on behalf
of herself and all others similarly situated,

          Plaintiff(s),

v.

OFFICE DEPOT, INC., a Delaware Corporation,
and DOES 1 through 50, inclusive,

          Defendant(s).
_____/

CASE NO. C 11-01589 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR (*please identify process and provider*) _____

_____

The parties agree to hold the ADR session by:
- ☑ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☐ other requested deadline _____

Dated: August 4, 2011

                                          s/ Gene Stonebarger
                                          Attorney for Plaintiff

Dated: August 4, 2011

                                          s/ Julianne C. Johnston
                                          Attorney for Defendant

## SIGNATURE ATTESTATION

Pursuant to General Order 45, Section X.B., I hereby certify that concurrence in the filing of this document has been obtained from Gene Stonebarger, the other signatory shown above.

                                        /s/ Julianne C. Johnston
                                        Julianne C. Johnston
                                        *Attorney for Defendant Office Depot, Inc.*

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 8/11/11

_Sandra B. Armstrong_
UNITED STATES DISTRICT JUDGE