# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| SYLVIA ANDERSON, an individual; on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICE DEPOT, INC., a Delaware Corporation; and DOES 1 through 50 inclusive,<br><br>Defendant. | CASE NO.: 4:11-cv-01589-SBA<br><br>**CLASS ACTION**<br><br>STIPULATED ORDER<br><br>Judge: Hon. Saundra Brown Armstrong<br>Ctrm: 1<br>Date: January 31, 2012<br>Time: 1:00 p.m. |

## STIPULATED ORDER

On August 23, 2011, Plaintiff Sylvia Anderson and Defendant Office Depot, Inc. submitted a joint stipulated motion to transfer this action pursuant to 28 U.S.C. § 1404(a) and the first-filed doctrine to the United States District Court for the Southern District of California, where *Eyad O. Akel, an individual, on behalf of himself and all others similarly situated v. Office Depot, Inc., a Delaware corporation and Does 1 through 50, inclusive*, Case No. 11-cv-0647 MMA (RRB), a substantially similar case, is pending.

The parties aver that all of the prerequisites for transfer are satisfied; that transfer would allow this case to be consolidated with *Akel*, the first-filed case, which alleges similar facts and similar legal claims; and that transfer and consolidation would preserve judicial and party resources and would avoid potential conflicting rulings.

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. This action is transferred to the United States District Court for the Southern District of California for all further proceedings.

2. The Clerk of the Court promptly shall take all reasonable and necessary action to transfer this case to the United States District Court for the Southern District of California.

IT IS SO ORDERED.

Dated: 9/6/11

*Saundra B Armstrong*
Hon. Saundra Brown Armstrong
United States District Court Judge

STIPULATED ORDER
4:11-cv-01589-SBA

2